UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD LANDRY and JEANNE BURNS | CIVIL ACTION NO. 09-615 |
| VERSUS | JUDGE TRIMBLE |
| LANEY DIRECTIONAL DRILLING CO., ET AL. | MAGISTRATE JUDGE KIRK |

### AMENDED MEMORANDUM RULING

It has come to the attention of this court that our prior memorandum ruling, issued July 19, 2010,[1] omitted the text of footnote 47, which should be found at page 12 thereof. Specifically, the omitted footnote should read:

"R. 33-5 at 109:3-20."

Our prior ruling is, thus, hereby amended to include the above footnote and is reissued as written in all other respects.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 28th day of July, 2010.

*James Trimble* (signature)

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 54.